# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

## OFFENSE CHARGED

Counts One and Two: 18 U.S.C. 2243(b)
Counts Three and Four: 18 U.S.C. 2244(4)
Count Five: 18 U.S.C. 1001

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** Counts One and Two: 15 years' imprisonment, maximum 3 years' supervised release; Counts Three and Four: 2 years' imprisonment, maximum 1 year supervised release; Count Five: 5 years' imprisonment, maximum 3 years supervised release. For all counts: $100 special assessment, maximum $250,000 fine

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

➤ James Theodore Highhouse

**DISTRICT COURT NUMBER**
4:22-cr-00016-HSG

**FILED**
Jan 18 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

**Name of Complaintant Agency, or Person (& Title, if any)**
FBI and DOJ-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on this form** ___ Kristen Clarke
☐ U.S. Attorney  ☒ Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned)** ___ Fara Gold

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ➤ ___

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) ___

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution ___

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed ___

**DATE OF ARREST** ➤ Month/Day/Year ___
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ➤ Month/Day/Year ___

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: ___

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ___   Before Judge: ___

Comments:

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

FILED

Jan 18 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> JAMES THEODORE HIGHHOUSE,  <br>  Defendant. | CASE NO. 4:22-cr-00016-HSG  <br>  VIOLATIONS:  <br> 18 U.S.C. § 2243(b) – Sexual Abuse of a Ward;  <br> 18 U.S.C. § 2244(4) – Abusive Sexual Contact; and  <br> 18 U.S.C. § 1001 – False Statements  <br>  Oakland Venue |

I N F O R M A T I O N

The Assistant Attorney General of the Civil Rights Division charges:

At all times relevant to this Information:

1. The Defendant, JAMES THEODORE HIGHHOUSE, was employed as a corrections worker and chaplain with the Bureau of Prisons (BOP) and was assigned to FCI-Dublin, a BOP facility, in Northern District of California.

2. Employees of the BOP were responsible for conducting themselves in compliance with local, state, and federal law, and the United States Constitution.

3. L.I. was a female inmate, serving a sentence at FCI-Dublin.

COUNT ONE: (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

On one or more occasions, beginning on or around May 15, 2018, through February 9, 2019, in the Northern District of California, the defendant,

JAMES THEODORE HIGHHOUSE

while in FCI-Dublin, a Federal prison, knowingly engaged in a sexual act with L.I., by penetrating L.I.'s vulva with his penis; At the time, L.I. was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant.

All in violation of Title 18, United States Code, Section 2243(b).

COUNT TWO: (18 U.S.C. § 2243(b) – Sexual Abuse of a Ward)

On one or more occasions, beginning on or around May 15, 2018, through February 9, 2019, in the Northern District of California, the defendant,

JAMES THEODORE HIGHHOUSE,

while in FCI-Dublin, a Federal prison, knowingly engaged in a sexual act with L.I., by contacting L.I.'s mouth with his penis; At the time, L.I. was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant.

All in violation of Title 18, United States Code, Section 2243(b).

COUNT THREE: (18 U.S.C. § 2244(4) – Abusive Sexual Contact)

On one or more occasions, beginning on or around May 15, 2018, through February 9, 2019, in the Northern District of California, the defendant,

JAMES THEODORE HIGHHOUSE,

while in FCI-Dublin, a Federal prison, knowingly engaged in sexual contact with L.I., by touching L.I.'s hand with his penis; At the time, L.I. was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant.

All in violation of Title 18, United States Code, Section 2244(4).

COUNT FOUR: (18 U.S.C. § 2244(4) – Abusive Sexual Contact)

On one or more occasions, beginning on or around May 15, 2018, through February 9, 2019, in the Northern District of California, the defendant,

JAMES THEODORE HIGHHOUSE

while in FCI-Dublin, a Federal prison, knowingly engaged in sexual contact with L.I. by masturbating in front of L.I.; At the time, L.I. was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant.

All in violation of Title 18, United States Code, Section 2244(4).

COUNT FIVE (18 U.S.C. § 1001 - False Statements)

On or about February 21, 2019, in the Northern District of California, the defendant,

JAMES THEODORE HIGHHOUSE,

knowingly and willfully made false, fictitious, and fraudulent statements to agents with the United States Department of Justice Office of the Inspector General (OIG) and the Federal Bureau of Investigation (FBI), agencies of the United States, concerning facts material to a matter being investigated by the OIG and FBI, that is, allegations that the defendant engaged in sexual misconduct with L.I. Specifically, during voluntary interviews, the defendant falsely denied engaging in sexual acts and sexual contact with L.I. These declarations were false in that the defendant knew at the time of his statements to the OIG and FBI that he had previously engaged in sexual acts and sexual contact with L.I.

All in violation of Title 18, United States Code, Section 1001.

DATED: __January 18, 2022_____

KRISTEN CLARKE
Assistant Attorney General

*Fara Gold*
FARA GOLD
Special Litigation Counsel
Criminal Section
Civil Rights Division

INFORMATION                                             3