# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jan 18 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| | |
|---|---|
| **CASE NAME:** USA v. James Theodore Highhouse | **CASE NUMBER:** CR 4:22-cr-00016-HSG |
| **Is This Case Under Seal?** | Yes    No ✓ |
| **Total Number of Defendants:** | 1 ✓    2-7    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK ✓    SJ |
| **Is this a potential high-cost case?** | Yes    No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✓ |
| **Is this a RICO Act gang case?** | Yes    No ✓ |
| **Assigned AUSA (Lead Attorney):** Fara Gold, Special Litigation Counsel | **Date Submitted:** January 18, 2022 |

**Comments:**

Assigned prosecutor is from the Civil Rights Division, U.S. Department of Justice

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)