UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| Date: February 23, 2022 | Time: 10:09-10:40am (31 minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 22-cr-00016-HSG-1 | Case Name: USA v. Highhouse | |

**Defendant:** James Theodore Highhouse **(Present, Out of Custody)**
**Attorney for Plaintiff:** Fara Gold
**Attorney for Defendant:** Jaime Dorenbaum

| **Deputy Clerk:** Brittany Sims | **Court Reporter:** Summer Fisher, appearing telephonically |
|---|---|

**PROCEEDINGS: CHANGE OF PLEA- HELD**

**Notes:** Defendant is sworn; Plea agreement signed and filed in open court; Defendant admits to counts one, two, three, four, and five of the information. Matter is continued to July 6, 2022 at 2:00 p.m. for sentencing.