KRISTEN CLARK
Assistant Attorney General
Civil Rights Division

FARA GOLD
Special Litigation Counsel
Criminal Section
Civil Rights Division

    950 Pennsylvania Ave, NEW
    Washington, DC 20530
    Telephone: (202) 532-5158
    fara.gold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-cr-000016-HSG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO AMEND SCRIVENER'S ERROR IN COUNTS 3 AND 4 IN THE INFORMATION |
| v. | |
| JAMES THEODORE HIGHHOUSE, | |
| Defendant. | |

On January 18, 2022, the undersigned prosecutor filed a five-count information, charging the defendant with felonies related to his conduct as a chaplain while employed by the Bureau of Prisons at FCI-Dublin. (Doc. 1). The defendant entered a guilty plea to the information on February 23, 2022.

During the plea hearing, the Court called the parties' attention to an error in the way the statute was cited in Counts Three and Four in the information. Specifically, the defendant was charged with committing Abusive Sexual Contact in violation of 18 U.S.C. § 2244(a)(4). However, the foregoing "(a)" was mistakenly left out of the information. Notably, there is no such section 2244(4) in Title 18. The plea agreement was amended in open court to correct the error (Doc. 9), and the defendant pleaded guilty to Counts Three and Four, knowing of this scrivener's error, but understanding the violations to

1  which he was pleading guilty. *See United States v. Blanchard*, 495 F.2d 1329, 1332 (1st Cir. 1974)
2  ("The amendment was one of mere form, incorporating in specifics what had already been incorporated
3  by reference. There is no question that [the defendant] could neither have been prejudiced nor surprised
4  by such an amendment.)

5        The parties move the Court to order that the information be amended so that all future pleadings
6  reflect that that Counts Three and Four charge a violation of 18 U.S.C. § 2244(a)(4). *United States v.*
7  *Garrett*, 984 F.2d 1402, 1415 (5th Cir. 1993) ("Where the offense is prosecuted by information. . .the
8  charging instrument may be amended.").

11  //
12  //
13  //
14  The undersigned prosecutor certifies that she has obtained approval from counsel for the defendant to
15  file this stipulation, request, and proposed order.

17        IT IS SO STIPULATED.

19  DATED: March 5, 2022                        /s/ Fara Gold
                                                FARA GOLD
20                                              Special Litigation Counsel

22  DATED: March 5, 2022                        /s/ Thomas Carlucci
                                                THOMAS CARLUCCI
23                                              Attorney for the Defendant

25                                              /s/ Jaime Dorenbaum
                                                JAIME DORENBAUM
26                                              Attorney for the Defendant

STIPULATION TO CORRECT SCRIVENER'S ERROR IN INFORMATION
AND [PROPOSED] ORDER
22-cr-00016-HSG                                     2