THOMAS F. CARLUCCI, CA Bar No. 135767
  tcarlucci@foley.com
JAIME DORENBAUM, CA Bar No. 289555
  jdorenbaum@foley.com
FOLEY & LARDNER LLP
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

Attorneys for Defendant
JAMES THEODORE HIGHHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-cr-000016-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY RELEASE** |
| v. | |
| JAMES THEODORE HIGHHOUSE, | |
| Defendant. | |

WHEREAS, on January 21, 2022, Defendant James Theodore Highhouse was charged with a five count information in the above-reverenced matter and was released from custody subject to conditions of release, which included, *inter alia*, the condition that he "must not contact any former or current employee of FCI Dublin." (ECF No. 5.)

WHEREAS, on February 23, 2022, Mr. Highhouse entered a plea of guilty to five counts in the above-referenced matter. (ECF No. 10.)

WHEREAS, after Mr. Highhouse's change of plea, the Court scheduled a sentencing hearing for July 6, 2022 and Mr. Highhouse continues to be released under the same conditions imposed in his pretrial release. (ECF Nos. 5, 10.)

1  WHEREAS, the parties have met and conferred and agree that good cause exists to modify Mr.
2  Highhouse's conditions of release so that he may resolve issues related to his employment with FCI
3  Dublin.

4  **STIPULATION**

5  Pursuant to Federal Rule of Criminal Procedure 32.1(c) and Criminal L.R. 47-4, the parties
6  hereby stipulate to modifying Defendant James Theodore Highhouse's conditions of release to permit
7  him to have communications with current employees of the Human Resources Department of FCI
8  Dublin for the purpose of resolving issues related to his employment.

9

10  IT IS SO STIPULATED.

11

12  DATED: March 7, 2022                    /s/ Fara Gold_____
                                            FARA GOLD
13                                          Special Litigation Counsel

14

15  DATED: March 7, 2022                    /s/ Thomas Carlucci_____
                                            THOMAS CARLUCCI
16                                          Attorney for the Defendant

17

18  DATED: March 7, 2022                    /s/ Jaime Dorenbaum_____
                                            JAIME DORENBAUM
19                                          Attorney for the Defendant

20

21  **ATTESTATION**

22  The undersigned attests concurrence in the filing of this document has been obtained from the
23  above signatories.

24

25  DATED: March 7, 2022                    /s/ Thomas Carlucci_____
                                            THOMAS CARLUCCI
26

27

28

STIPULATION AND [PROPOSED] ORDER
22-cr-00016-HSG                              2
4884-6359-3234.1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the following conditions of release are imposed:

1. Defendant James Theodore Highhouse may communicate with current employees of the Human Resources Department at FCI Dublin for the purpose of resolving issues related to his employment.
2. All other previously imposed conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

DATED_____                    _____
                                           THE HONORABLE DONNA M. RYU
                                           United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
22-cr-00016-HSG                          3
4884-6359-3234.1