UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-cr-000016-HSG |
| Plaintiff, | ORDER TO AMEND SCRIVENER'S ERROR IN COUNTS 3 AND 4 IN THE INFORMATION |
| v. | |
| JAMES THEODORE HIGHHOUSE, | |
| Defendant. | |

Based on stipulation by the parties and for the reasons given, the information (Doc. 1) is hereby amended so that all future pleadings reflect that Counts Three and Four charge a violation of 18 U.S.C. § 2244(a)(4).

IT IS SO ORDERED.

DATED: 3/7/2022

THE HONORABLE HAYWOOD S. GILLIAM JR.
United States District Judge

ORDER
22-cr-00016-HSG                              1