THOMAS F. CARLUCCI, CA Bar No. 135767
   tcarlucci@foley.com
JAIME DORENBAUM, CA Bar No. 289555
   jdorenbaum@foley.com
FOLEY & LARDNER LLP
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

Attorneys for Defendant
JAMES THEODORE HIGHHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-cr-000016-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ALLOW TRAVEL** |
| v. | |
| JAMES THEODORE HIGHHOUSE, | |
| Defendant. | |

WHEREAS, on January 21, 2022, Defendant James Theodore Highhouse was charged with a five count information in the above-reverenced matter and was released from custody subject to conditions of release, which included, *inter alia*, the condition that he "must not travel outside of the District of Oregon." (ECF No. 5.)

WHEREAS, on February 23, 2022, Mr. Highhouse entered a plea of guilty to five counts in the above-referenced matter. (ECF No. 10.)

WHEREAS, after Mr. Highhouse's change of plea, the Court scheduled a sentencing hearing for July 6, 2022 and Mr. Highhouse continues to be released under the same conditions imposed in his pretrial release. (ECF Nos. 5, 10.)

WHEREAS, the parties have met and conferred and agree that good cause exists to modify Mr. Highhouse's conditions of release so that he may travel to the Northern District of California for a dentist appointment and a therapy appointment.

## STIPULATION

Pursuant to Federal Rule of Criminal Procedure 32.1(c) and Criminal L.R. 47-4, the parties hereby stipulate to modifying Defendant James Theodore Highhouse's conditions of release to permit him to travel to the Northern District of California for a dentist appointment and a therapy appointment from March 22, 2022 to March 24, 2022.

IT IS SO STIPULATED.

DATED: March 16, 2022  /s/ Fara Gold
FARA GOLD
Special Litigation Counsel

DATED: March 16, 2022  /s/ Thomas Carlucci
THOMAS CARLUCCI
Attorney for the Defendant

## ATTESTATION

The undersigned attests concurrence in the filing of this document has been obtained from the above signatories.

DATED: March 16, 2022  /s/ Thomas Carlucci
THOMAS CARLUCCI

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that the following conditions of release are imposed:

1. Defendant James Theodore Highhouse may travel from the District of Oregon to the Northern District of California from March 22, 2022 to March 24, 2022 for the purpose of attending both a dentist appointment and a therapy appointment.
2. All other previously imposed conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

DATED_____          _____
                                  THE HONORABLE DONNA M. RYU
                                  United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
22-cr-00016-HSG                      3
4860-9382-1462.2