1  KRISTEN CLARK
   Assistant Attorney General
2  Civil Rights Division

3
   FARA GOLD
4  Special Litigation Counsel
   Criminal Section
5  Civil Rights Division

6      950 Pennsylvania Ave, NEW
       Washington, DC 20530
7      Telephone: (202) 532-5158
       fara.gold@usdoj.gov
8
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 22-cr-000016-HSG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING (as modified) |
| v. ) | |
| ) | |
| JAMES THEODORE HIGHHOUSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 23, 2022, after the defendant entered his guilty plea, this Court set this matter for sentencing on July 6, 2022. On May 31, 2022, the probation officer assigned to draft the Presentence Report (PSR) informed the parties that she was ill with COVID=19 and would not be able to finish the PSR as scheduled and in time for the July 6 sentencing date.

Counsel for the United States and counsel for the defendant have no objection to continuing the sentencing hearing and request that this matter be rescheduled for sentencing on August 31, 2022.

//

//

//

The undersigned prosecutor certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: June 4, 2022                               /s/ Fara Gold
                                                  FARA GOLD
                                                  Special Litigation Counsel

DATED: June 4, 2022                               /s/ Thomas Carlucci
                                                  THOMAS CARLUCCI
                                                  Attorney for the Defendant

                                                  /s/ Jaime Dorenbaum
                                                  JAIME DORENBAUM
                                                  Attorney for the Defendant

## **ORDER**

Based upon the representations of counsel and for good cause shown, the Court continues the sentencing in this case set for July 6, 2022 to August 31, 2022 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 6/7/2022                                   _____
                                                  THE HONORABLE HAYWOOD S. GILLIAM JR.
                                                  United States District Judge