**ATTACHMENT 1**

<u>Victim Impact Statement of L.I.</u>

While I was in the United State of America, after my testimonial in front of a Grand Jury, I became deeper in depression and became more anxious about everything and everyone around me. I cried myself to sleep most of the night because I felt so lost, hopeless, worthless, and betrayal and truly do not know what to do or who to talk to about my problems? I try to stay positive and refused to accept that the wrongful actions by those who have done nothing but harms toward other will remain undiscovered.

But after I have return to Thailand about a year and 2 months, I came to recognized that depression is not the result of weakness, nor is it usually the result of sin. Yes, it thrives in secrecy, but it shrinks in empathy. Together with my God, I can break through the clouds of isolation and stigma of being the victims of sexual assault and abuse can be dissipated and the burden of shame is lifted, so that the miracles of healing can occur. I have also come to realized and acknowledged that my struggled do not define me, but they had refined me of who I am today and who I will become in the future. Because of that, I can feel more compassion toward others. However, God and my Savior – Jesus Christ have helped me realized and acknowledged that I am responsible for my own life and happiness. I have learned that, to truly living, I need to let the Spirit within me be free and rejoice in its uniqueness. It is in this state of being that the love of another person becomes a joy and not something to be afraid of losing.

Now, as surprising as it may seem, I also forgiving those who have harmed and hurts me. I forgives them, but I will not forget nor condone their wrongdoing. I came to realized that if I harbor unforgiveness toward those who committed their wrongful acts toward me (and others), I would have stay shackled to them and to my painful past. I would just as tie to those whom I dislike as I am to those I loves, respects, and cherished. Only forgiveness – through my Lord and Savior, Jesus Christ, can set me free!

I firmly believed in forgiveness. Sure, it is harder to forgive sometimes because everyone has a different story, but the Lord teaches me to forgive others; which also allowed me to forgive myself for the things I have done; the harms I have caused; the bad decisions I have made; and the pain and hurt I have caused.

I do admit that it is not easy for me to speak about my experienced of being the victim of sexual assaulted and abused. But I have learned to speak about it in an appropriate way as a survivor and not as a victim. I also will no longer be silent about my experienced as victim of sexual assaulted and abused – and I know that these are many out there who can and willing to help me bring justice to other victims like myself and help stop this hidden and unspoken actions by the Unites States Federal Government employees, which have been swept under the rugs for so long, into the light of truth and justice.

May God blesses you all and may he shine His light unto you and those who have faith and believe in His precious Son Jesus Christ, amen.