**ATTACHMENT #2**

Victim Impact Statement from:  T.M.              June 30, 2022

To Your Honor:

Highhouse ruined my life – he truly did.  I don't even go to Church anymore because of him.  I have no trust in the Church and really, I don't trust anyone because of what he did.  I have no faith in the BOP because they did nothing to help me – even after he was reported, he was allowed to stay there and do this to other women.   He took advantage of women in prison and preyed on us.  If we didn't do what he said, then we would get in trouble and we lost our privileges.  He used his power as a Chaplain against us knowing that we had needs – we missed our family and he would threaten to take that opportunity to call them from us.  He was evil.

I believe that he should be held accountable for what he did and go to prison.  What he did was not fair and destroyed lives so now his life should be destroyed too.