UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| Date: August 31, 2022 | Time: 2:26 p.m.- 3:59 p.m. (1 hour and 33 Minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 4:22-cr-00016-HSG1 | Case Name: USA v. Highhouse | |

**Defendant:** James Theodore Highhouse **(Present)**
**Attorney for Plaintiff:** Fara Gold
**Attorney for Defendant:** Jaime Dorenbaum
**Probation Officer:** Katrina Chu

**Deputy Clerk:** Nikki D. Riley                    **Court Reporter:** Raynee Mercado

**PROCEEDINGS: SENTENCING**-Held

**Notes:** The Court sentences the defendant to: 84 months BOP (consisting of 84 months on counts one, two, and five and 24 months on counts three and four to be served concurrently); 5 years of supervised release (consisting of 5 years on counts one through four and 1 year on count five to run concurrently) under the usual terms and conditions and the special conditions; $1,000.00 fine; and $500.00 special assessment. Matter is continued to November 2, 2022 at 10:00 a.m. for a restitution hearing. AUSA is directed to e-file a declaration on the docket if she confirms there is no restitution being requested. Defendant is ordered to self-surrender on or before 2:00 p.m. on November 2, 2022 to the federal institution designated by the Bureau of Prisons or the Oakland office of the United States Marshal, if no designation is made.