KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

FARA GOLD
Special Litigation Counsel
Criminal Section
Civil Rights Division

950 Pennsylvania Ave, NEW
Washington, DC 20530
Telephone: (202) 532-5158
fara.gold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-cr-000016-HSG |
| Plaintiff, | STIPULATION AND ORDER TO SEAL TRANSCRIPT OF SENTENCING HEARING AND PUBLICLY RELEASE A REDACTED TRANSCRIPT |
| v. | |
| JAMES THEODORE HIGHHOUSE, | |
| Defendant. | |

On January 18, 2022, the undersigned prosecutor filed a five-count information, charging the defendant with felonies related to his conduct as a chaplain while employed by the Bureau of Prisons at FCI-Dublin. (Doc. 1). The defendant entered a guilty plea to the information on February 23, 2022. The defendant was sentenced on August 31, 2022.

During the sentencing hearing, the undersigned prosecutor used the first names of the victims, both of charged and uncharged conduct. The United States requests, and counsel for the defendant agrees, that the transcript of the sentencing hearing be sealed, and that a redacted version instead be released publicly. In that redacted version, the parties request that the first names of the victims be replaced with the victims' corresponding initials that the United States used in the information (Doc. 1)

and its sentencing memorandum (Doc. 23). If the Court so orders, the United States will work with the court reporter to ensure that the correct initials replace the corresponding first names.

The undersigned prosecutor certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

      IT IS SO STIPULATED.

DATED: September 2, 2022
          /s/ Fara Gold
          FARA GOLD
          Special Litigation Counsel

DATED: September 2, 2022
          /s/ Thomas Carlucci
          THOMAS CARLUCCI
          Attorney for the Defendant

          /s/ Jaime Dorenbaum
          JAIME DORENBAUM
          Attorney for the Defendant

## ORDER

      Based upon the stipulation of counsel, this transcript of the sentencing hearing of this matter will be sealed. A redacted versioned shall be publicly released where the first names of the victims of both charged and uncharged victims are replaced with their first and last initials. Counsel for the United States shall work with the court reporter to ensure that the correct initials replace the corresponding first names.

      IT IS SO ORDERED.

DATED: September 5, 2022

          THE HONORABLE HAYWOOD S. GILLIAM JR.
          United States District Judge