KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

FARA GOLD
Special Litigation Counsel
Criminal Section
Civil Rights Division

    950 Pennsylvania Ave, NEW
    Washington, DC 20530
    Telephone: (202) 532-5158
    fara.gold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES THEODORE HIGHHOUSE,<br><br>    Defendant. | NO. 22-cr-000016-HSG<br><br>DECLARATION OF SPECIAL LITIGATION COUNSEL FARA GOLD REGARDING RESTITUTION AND MOTION AND [PROPOSED] ORDER TO DELETE RESTITUTION HEARING FROM THE DOCKET |

    The United States of America respectfully files this Declaration, pursuant to the Court's Order, and requests this Court to delete the restitution hearing set for November 2, 2022, from its docket:

    I, FARA GOLD, declare and state as follows:

    1.    I am currently employed as a Special Litigation Counsel for the Criminal Section of the Civil Rights Division of the U.S. Department of Justice.

    2.    I am counsel for the United States in the above-captioned case.

    3.    On August 31, 2022, this Court imposed sentence in the above-captioned case, and on September 29, 2022, this Court entered its Judgment Order (Doc. 35). In so doing, this Court ordered the Defendant to pay restitution.

4. The Court set a restitution hearing for November 2, 2022 at 2:00 p.m.

5. I represented on the record during the sentencing hearing on August 31, 2022, that there was no restitution to be made in this case. I have since inquired again of the listed victim in this case as to whether she has incurred expenses or expects to incur expenses that would qualify for restitution in this matter. My colleague, Melissa Milam, Victim-Witness Program Manager of the Criminal Section of the Civil Rights Division, has likewise discussed restitution with the listed victim on multiple occasions.

6. We specifically told the listed victim that she is entitled to restitution equal to the cost of mental health treatment or related treatment as a result of the defendant's crimes. Although the victim has expressed that she has sought such treatment, she has not provided information that she incurred expenses nor has she provided information that she expects to incur expenses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. I therefore request that this Court delete the restitution hearing from the Court's docket on November 2, 2022.

Executed this 5th day of October, 2022, in Washington, DC.

Respectfully submitted,

DATED: October 5, 2022

_____/s/ Fara Gold_____
FARA GOLD
Special Litigation Counsel
Criminal Section, Civil Rights Division
U.S. Department of Justice

**PROPOSED ORDER**

Based upon the representations of counsel for the United States, the Court deletes the restitution hearing from its docket, set for November 2, 2022 at 2:00 p.m.

IT IS SO ORDERED.

DATED:_____          _____
                                  THE HONORABLE HAYWOOD S. GILLIAM JR.
                                  United States District Judge