| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 7 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff-Appellee,<br><br>    v.<br><br>JAMES THEODORE HIGHHOUSE,<br><br>            Defendant-Appellant. | No.    22-10231<br><br>D.C. No. 4:22-cr-00016-HSG-1<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 5) of appellant's appointed counsel, Thomas F. Carlucci, Esq., and Jaime Dorenbaum, Esq., to withdraw as counsel of record and to appoint new counsel, is granted.

The Clerk will electronically serve this order on the appointing authority for the Northern District of California, who will locate appointed counsel.  The appointing authority is requested to send notification of the name, address, and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Appellant must designate the reporter's transcript by November 7, 2022.  The transcript is due December 7, 2022.  The opening brief and excerpts of record are due January 17, 2023; the answering brief is due February 16, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

Former counsel are reminded that, in future appeals, a motion to withdraw must be served on defendant, and the proof of service must include defendant's current address.  *See* 9th Cir. R. 4-1(c).

The Clerk will serve this order on former counsel.  Within 14 days of this order, appellee must serve this order on appellant individually and provide this court with proof of service, including appellant's address and registration number.